IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLANDO K. HENSON,                )<br>                                                      )<br>           Petitioner/Defendant,      )<br>                                                      )     CIVIL NO. 06-cv-476-JPG<br>vs.                                                 )<br>                                                      )     CRIMINAL NO. 05-cr-40045<br>UNITED STATES of AMERICA ,   )<br>                                                      )<br>           Respondent/Plaintiff.        ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action comes before the Court on a review of the file. On June 19, 2006, Petitioner filed a motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Since that filing, Petitioner has filed six "supplements" to his motion (Docs. 2, 3, 5, 6, 8, and 11).

Under Rule 12 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Federal Rules of Civil Procedure may be applied to proceedings under section 2255, "to the extent that they are not inconsistent with any statutory provisions" or the Rules Governing 2255 Proceedings.

> Federal Rule of Civil Procedure 15(a) dictates that leave to amend a pleading "shall be given whenever justice so requires," *see Sanders v. Venture Stores, Inc*., 56 F.3d 771, 773 (7th Cir. 1995); and, indeed, the rule expressly grants a plaintiff one opportunity to amend her complaint as a matter of course before a responsive pleading is served.

*Camp v. Gregory*, 67 F.3d 1286, 1289 (7th Cir. 1995). However, under the local rules,

> Amended pleadings and supplemental pleadings shall contain all allegations which a party intends to pursue. All new material in the amended pleadings shall be underlined. The original of the amended

>    pleading shall be attached to the motion to amend the pleading so that
>    it may be filed if the motion to amend is granted.

Local Rule 15.1; *see* FED.R.CIV.P. 15.  Petitioner's six attempts to supplement his motion do not conform to these rules and accordingly are **STRICKEN** from the action.

However, because Petitioner may amend once as a matter of course, the Court grants Petitioner thirty (30) days leave to file to file one, comprehensive amended motion pursuant to section 2255 that contains all grounds Petitioner wishes to pursue in one single document.  After the Court has received that amended motion, it will review the motion under Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.  If Petitioner's motion is not dismissed after that preliminary review, then the Government will be ordered to respond.  The Clerk is **DIRECTED** to forward with a copy of this order, a sufficient number of the Court's section 2255 form motions to assist Petitioner in filing his amended motion.

**IT IS SO ORDERED.**

**Dated:  October 18, 2006**

                                            **s/ J. Phil Gilbert**
                                            **U. S. District Judge**