IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARLANDO K. HENSON,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 06-cv-476-JPG** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 05-cr-40045** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's amended motion for relief pursuant to 28 U.S.C. § 2255 (Doc. 13). On January 20, 2006, Petitioner pleaded guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). On May 4, 2006, Petitioner was sentenced to 33 months imprisonment, three years supervised release, a fine of $100, and a special assessment of $100. Petitioner did not file a direct appeal, and on June 19, 2006, Petitioner filed the instant motion under § 2255.

In his amended motion the Petitioner raises four separate grounds for relief, each based on the premise that there was insufficient evidence that he possessed the firearm that was the object of the offense. Specifically, Plaintiff argues that (1) he was not in "immediate possession or control" of the firearm, (2) the weapon was recovered in another person's residence and Petitioner was not present at the time it was recovered, (3) Petitioner did not have sole possession of the firearm because he was not the occupant on the lease of the residence, and (4) that there was "no substantial duration of possession" by Petitioner of the firearm. Petitioner also argues in his supporting brief

that his attorney did not conduct an adequate investigation into the facts of his case and instead encouraged him to plead guilty to the offense.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated:  December 4, 2006**

                                                   **s/ J. Phil Gilbert**
                                                   **U. S. District Judge**