UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARLANDO HENSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 06-cv-476-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Arlando Henson's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Arlando Henson, and that this case is dismissed with prejudice.


**DATED:** June 6, 2007                    NORBERT JAWORSKI

                                                    s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**